**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES HALAMEK, KARL TYSL, and KATHY WOODS, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PHILIPS NORTH AMERICA LLC, THE ERISA INVESTMENT COMMITTEE OF PHILIPS NORTH AMERICA LLC, and JOHN DOES 1-10,<br><br>Defendants. | No. 1:25-cv-12003-FDS |

**JOINT MOTION TO STAY LITIGATION PENDING PRIVATE MEDIATION**

Plaintiffs James Halamek, Karl Tysl, and Kathy Woods and Defendants Philips North America LLC and the ERISA Investment Committee of Philips North America LLC (collectively, the "Parties") respectfully request that the Court stay the above-captioned matter and all deadlines to allow the Parties to participate in private mediation to attempt to settle this case without incurring significant litigation expenses. The Parties are currently selecting dates. Mediation is likely to take place in March of 2027. The Parties respectfully propose that they submit a joint status report to the Court on April 1, 2027 to advise the Court on the status of mediation.

"[F]ederal courts possess the inherent power to stay proceedings for prudential reasons." *Microfinancial, Inc. v. Premier Holidays Int'l, Inc.*, 385 F.3d 72, 77 (1st Cir. 2004). In evaluating a request for a stay, "courts consider: (1) potential prejudice to the non-moving party; and (2) hardship and inequity to the moving party without a stay; and, (3) judicial economy." *Energetiq Tech., Inc. v. ASML Netherlands B.V.*, No. 1:15-cv-10240, 2016 11727302, at *1 (D. Mass. Apr. 1, 2016) (internal quotations omitted).

Here, a stay would benefit the judicial economy because a resolution through mediation would avoid burdening the Court with this matter. In addition, a stay would not cause hardship to the Parties as this matter is still in its early stages and the Parties agree upon the relief sought. These circumstances support the issuance of a stay.

For the foregoing reasons, the Parties respectfully request that this Motion be granted with a joint status report due on April 1, 2027.

Dated: November 18, 2026

Respectfully submitted,

*/s/ William J. Delany*
William J. Delany (*pro hac vice*)
Theodore A. Van Beek (*pro hac vice*)
Shai D. Bronshtein (# 685679)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Tel: (202) 861-0620
Fax: (202) 659-4503
wdelany@groom.com
tvanbeek@groom.com
sbronshtein@groom.com

*Counsel for Defendants Philips North America LLC and The ERISA Investment Committee of Philips North America LLC*

*/s/ Mark K. Gyandoh (with permission)*
Mark K. Gyandoh, Esquire
James A. Maro, Esquire
PA Attorney ID #88587
PA Attorney ID #86420
(Admitted *Pro Hac Vice*)
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Email: markg@capozziadler.com
jamesm@capozziadler.com
Tel: (610) 890-0200

Jeffrey Hellman, Esquire

BBO # 549896
LAW OFFICES OF JEFFREY HELMAN, LLC
195 Church Street, 10th Floor
New Haven, CT 06510
Email: jeff@jeffhellmanlaw.com
Tel: (203) 691-8762

*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2026, a true copy of the foregoing document was filed through the CM/ECF system, and that a true copy of the document will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

*/s/ William J. Delany*
William J. Delany